CAUSE NO.# 12CR1981-W2

82,275-02

Michael Omar Lopez
T.D.C.J# 1822698
Relator

vs.

Mrs. Donna Kay McKinney
His/Her Official Capacity
Respondent

IN THE 290th Judicial,
District Court of Bexar,
County, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 1 1 2015

Abel Acosta, Clerk

## A: Plaintiff's Original Application for Writ of Mandamus

To The Honorable Judge of Said Court:
Comes Now, michael Omar Lopez, Relator, PRO SE in The Above-styled And Numbered Cause of Action and Files This Original Application For Writ of MANDAMUS, Pursuant To ART. 11.07 Sec. 3 (c) OF The Texas Code of Criminal Procedure, And Would show The Court TheFollowing.

## B. Relator:

1.01 - Michael Omar Lopez, #1822698 - is AN Offender incarcerated in The Texas Department of Criminal Justice And is Appearing— PRO SE; who can be Located AT The Ferguson unit, AT 12120 Savage DR. Midway, TX. 75852]

1.02 - Relator has Exhausted his remedies And has No other— Adequate Remedy AT LAW.

1.03 - The AcT sought to be Compelled is Ministerial, Not — discretionary IN Nature: TCCP—ART. 11.07 Sec. 3 (c) requires — respondent To Immediately Transmit To The Court of Criminal — Appeals A copy of The Application For Writ of habeas Corpus, Any — Answer's Filed, And A Certificate reciting The date upon which— That Finding was Made.

" Cont. "
Next Page 2

iF The ConvicTing CourT decides ThAt There, ARE NO ISSues To be resolued, NO Copy oF The APPLiCATiON FOR WRiT oF habeas CorPus, Any Answers Filed, And A CerTiFicATe reciTing The dATe uPon which ThAt Finding WAS mAde have been TransmiTTed To The CourT oF CriminAL APPeaLS: HAd Such DocumenTS been TransmiTTed To The CourT oF CriminAL APPeALS By RespondenT AS required by STATuTe, RelaToR Would have received NoTice FROM The CourT oF CriminAL APPeALS.

C.-RespondenT — 2.01-respondenT, DONNA KAY McKinney, in her CAPACiTY AS DISTricT Clerk oF Bexar CounTY, TEXAS HAS A MinisTerial duTy To receive And File ALL PAPers in A CRIMINAL, proceeding, And PeRForm ALL oTher duTies imposed on The Clerk by LAW PuRSUANT To TccP ART. ~~2~~2.21, And is responsible under TCCP 11.07 Sec. 3(c) To ImmediATely TRANSMiT to The CourT oF CriminAL APPeaLS A coPy oF The APPLicATiON FoR WRIT oF habeas CorPus, Any Answers Filed, And A CerTiFicATe reciTing The dATe uPon which ThAT Finding WAS mAde, iF The ConvicTing CourT decides ThAT There ARE NO ISSues To be Resolved: MRS. DoNNA KAY McKinney, — DisTricT Clerk, BexAR CounTY, MAY be Served AT Her PLACe oF — Business AT 101 W. Nueva, SuiTe 217 — SAN AnTonio, TX. 78205

## D: VIOLATION OF ART. 11.07, OF The TEXAS Code OF Criminal procedure

3.01 - The respondent violated ART. 11.07 Sec. 3 (C) OF The TEXAS Code OF Criminal procedure by Failing To provide A copy OF The Application FoR WriT OF habeas Corpus, Any Answers Filed, And a Certificate reciting The date upon which That Finding WAS MADE To The Court oF Criminal Appeals within The Time prescribed by LAW And within A reasonable Time FROM The date on Which The documents Were requested To be Transmitted.

3.02 - Request FoR The Transmittal oF The Application FoR WRIT OF habeas Corpus, Any Answers Filed, And A Certificate reciting The date upon which That Finding WAS MADE were Made by Relator To _____ MRS. Donna Kay McKinney - DiStrict Clerk, OF BexaR County, By U.S. MAIL LeTTers dated - MARCh, 23, 2015 - pursuant To ART. 11.07 Sec.3 (C) OF The Code oF Criminal procedure: TRUe And Accurate Copies OF The Above LeTTers ARE ATTAched here To AS EXhibiT "A" Through "C" And Are incorporated by reference here in for ALL purposes.

3.03 - TO DATE; RelATor has received No response From — Respondent, regarding relator's request for Transmittal oF A Copy OF The Application FoR WriT oF habeas Corpus, Any Answers Filed, And A Certificate reciting The date upon Which That Finding WAS — MADE To The Court oF Criminal Appeals.

4-AS is clear from Relator's Letters, Relator has repeatedly ... Respondent on Notice that Relator seeks The transmittal of A ... y of the application for writ of habeas corpus, Any answers filed, ... a certificate reciting the date upon which that finding was — ... de to the Court of Criminal Appeals And that such records Are ... quired by the Court of Criminal Appeals to Act on Relator's — ... it of habeas corpus. Relator has gone well beyond Any requirement ... obligations Imposed upon him by The Texas Code of Criminal — ... ocedure. In Contrast to Relator's efforts, Respondent has — ... Wholly Failed to comply with the Texas Code of Criminal procedure, ... RT. 11.07 Sec. 3(c), is Acting in bad Faith, And has Also Failed To — ... fford Relator The professional And common Courtesy of Any written ... responses To his correspondence And requests.

5.05-ART. 11.07 Sec. 3(C) Clearly States That "IF" the Convicting Court decides that there are No Such Issues, The Clerk shall immediately Transmit To The Court of — Criminal Appeals A copy of The Application, Any Answers Filed, And A Certificate reciting The date upon which That Finding was made. "Failure of The Court to Act within the Allowed 20 days shall Constitute such A Finding." Texas Code of Criminal procedure ART. 11.07 Sec. 3(C) Respondent is in — violation of This Procedure, Ministerial duties, And Thus The Laws of This State.

## D. Prayer for Relief

Wherefore, Premises Considered, Relator, Michael Omar Lopez, Pro SE, Respectfully request A Finding That the Respondent did NOT transmit documents To The Court of Criminal Appeals within A reasonable Time After the date They were requested and That Relator brought this Litigation in good FAith And Has Substantially prevailed. Relator prAys for An Order directing Respondent to transmit copy of the APPlication for writ of habeas corpus, Any Answers Filed, And A Certificate reciting the date upon which that finding was made to the Court of Criminal Appeals AS directed in ART. 11.07 Sec. 3 (C) of The Texas code of CriminAL procedure And As requested in Relator's Letter's ("Exhibits "A" through "C".

respectfully Submitted,

By: __Michael Omar Lopez__
Relator
#1822698

The STATE OF TEXAS,
County OF BEXAR:

## E.- AFFidAViT

I Swear under OaTh ThaT The FacT's And AllegaTions
in The Above APPlicaTion FoR WRiT oF MaNDAMUS —
ARE True And CorrecT:

MY NAME is michael OMAR LOPEZ, MY daTe oF BiRTh is —
SepT. 28,1967 - And MY InmaTe idenTifying No. 1822698 —
I AM presenTly incarceraTed in Ferguson uniT, 12120 SavaJe —
DR. - MidwAY, TX. 75852. I declare under penalTy oF

PerJury ThAt The foregoing is True And CorrecT.

ExecuTed on The 6th dAY oF MAY 2015

michael OMar Lopez
_____
OFFender SignaTure
#1822698

CAUSE NO. 2012 CR-1981-W2

T.O.C.J# 1822698

Michael OMAR LOPEZ
Relator

VS.

DONNA KAY McKinney
County DISTRICT CLERK:
In His/Her official CAPACITY,
Respondent

in the 290th
Judicial DISTRICT COURT
OF BEXAR County, TEXAS

ORDER:

ON THIS DAY, CAME on to be heard the foregoing Relator's Application FOR WRiT OF MANDAMUS And it APPEARS TO THE COURT That the SAME Should be:

_____ GRANTED

iT IS ThereFore Ordered That the District Clerk Shall immediately transmit to the Court OF Criminal APPEALS A COPY OF The Application FOR WRit OF HAbeas CORPUS, ANY ANSWERS Filed, And A CERTiFicate reciting the date Upon Which that transmittal WAS MAde.

Signed on this the _____ dAy oF _____, 2015

_____
Presiding Judge

TO: The Court of Criminal Appeals,    4-18-15

"Greedings".. My Name is Michael Omar Lopez,
My Identifying # is 1822698 - I am presently
located at The ferguson unit - @ 12120 Savage Dr. —
midway, Tx. 75852:

I am writting your Court of Appeals, In reguard of —
My Writ of habeas Corpus 11.07 - (STATUS) which was filed
in December 18, 2014 - Cause No. 2012-CR-1981-W2 —
I have written The Bexar County District Clerk - Donna K. Mckinney
back in December 22, 2014 - To Inform The 290th Judicial District Court
of my New Location, which is Now - ferguson unit, 12120 ~~Savge~~ Savage Dr.
midway, Tx. 75852: I Never heard from The Courts, District Clerk of That
Information if They had recieved it or Not!! Now once again I have —
written The Bexar County District Clerk - MRS Donna Kay Mckinney on The
March 23, 2015 -- This Time I'm asking for Any Information on The
STATUS - of my Writ of habeas Corpus 11.07 - which The District Clerk
had filed back In Dec. 18, 2014, - There was an order Issued from
The 290th Judicial District Court saying That There was Necessity for a Time
Suspension. once again, I have Neither heard or recieved any —
responce back From The District Clerk of Bexar County MRS Mckinney
As of April 20, 2015 — So Now I come To The Court of Appeals and
Pray That I may recieve Information in reguard of my writ of habea
11.07 Cause No. 2012-CR-1981-W2 - Has There been any disposition set-out
on The Issues That Needed resolution? Please I ask The Court of Appeals
if I can be up-dated on The STATUS and any other Matter pretaining
To My Writ of habeas Corpus - Cause No: 2012-CR-1981-W2

Thank you for your Time and help in This Matter,

MAY RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 29 2015
Abel Acosta, Clerk

4-20-15
Mailed out

respectfully yours,
michael Omar Lopez
#1822698

EXhibit "A"

## CAUSE NO. 2012-CR-1981-W2

| | | |
|---|---|---|
| **EX PARTE:** | FILED<br>DONNA KAY McKINNEY<br>DISTRICT CLERK<br>BEXAR COUNTY<br><br>2015 JAN -b P 3: 33<br>*<br>DEPUTY<br>BY | **IN THE DISTRICT COURT** |
| **MICHAEL OMAR LOPEZ** | | **290TH JUDICIAL DISTRICT** |
| **APPLICANT** | | **BEXAR COUNTY, TEXAS** |

---

### STATE'S RESPONSE TO APPLICANT'S PETITION
### FOR WRIT OF HABEAS CORPUS

---

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the State of Texas by and through its Criminal District Attorney, Nicholas "Nico" LaHood, and files this response to the Applicant's Petition for Writ of Habeas Corpus.

I.

The Applicant Michael Omar Lopez has filed this petition for a post-conviction writ of habeas corpus pursuant to Article 11.07, § 3(a), Texas Code of Criminal Procedure. The State files this answer pursuant to Article 11.07 § 3(b).

II.

The Applicant was convicted of committing the offense of ████████████ ████ in Cause No. 2012-CR-1981 and punishment was assessed at confinement for 15 years. His petition for a writ of habeas corpus was filed on December 18, 2014. The State was served by the District Clerk of Bexar County on December 30, 2014.

III.

The State generally and specifically denies each and every allegation of fact made by the Applicant and demands strict proof of same.

---

# CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the State would urge that the trial court ender an ORDER recommending the relief be denied.

Respectfully submitted,

NICHOLAS "NICO" LAHOOD
Criminal District Attorney
Bexar County, Texas

*Mary Beth Welsh*
MARY BETH WELSH
Assistant Criminal District Attorney
Bexar County, Texas
Paul Elizondo Tower
101 W. Nueva
San Antonio, Texas 78205-3030
SBN: 00785215
(210) 335-2782
(210) 335-2436-FAX
mwelsh@bexar.org
Attorneys for the State

## CERTIFICATE OF SERVICE

I, Mary Beth Welsh, Assistant Criminal District Attorney, Bexar County, Texas, certify that a true and correct copy of the foregoing response was mailed to Michael Omar Lopez, Stiles Unit, 3060 FM 3514, Beaumont, Texas 77705, on this the 6th day of January 2015.

*Mary Beth Welsh*
MARY BETH WELSH

I MICHAEL OMAR LOPEZ, recieved This responce from The STATE ON JAN. 29, 2015 — NO other DOCUMENTS OR MATERIAL FROM STATE OF TX. AS OF APRIL 20, 2015

EXhibiT "iF CAN be used"
C
Also

NO. 2012-CR-1981-W2

| EX PARTE | § | IN THE DISTRICT COURT |
| --- | --- | --- |
| | § | 290Th JUDICIAL DISTRICT |
| MICHAEL OMAR LOPEZ | § | BEXAR COUNTY, TEXAS |

### ORDER ON APPLICATION FOR POST CONVICTION WRIT

The Court, in needing to resolve the issues contained in an application for a writ of habeas corpus, filed on December 18, 2014, pursuant to the Texas Code of Criminal Procedure, Art. 11.07, hereby **ORDERS** as follows:

1. That the Clerk forward a copy of this Order, and the writ application and its attachments to **Lawrence Eugene Greenwood, P.O. Box 593036, San Antonio, Texas 78229.**

2. That, on or before **February 18, 2015, Lawrence Eugene Greenwood** file with this Court a written affidavit addressing claims raised in Applicant's writ application, including answering the following:

   a. Applicant claims Counsel was ineffective because Counsel failed to object to the admission of a prior extraneous juvenile offense and failed to prepare a defense in advance regarding the admission of the offense during the sentencing phase before the Court; and
   b. Applicant claims that Counsel gave Applicant inaccurate information regarding Applicant's eligibility to apply for and receive probation.

Please provide any additional information that may assist the court in addressing the claims raised in this writ application

Simultaneously, **Lawrence Eugene Greenwood** shall send a copy of the affidavit to **Michael Omar Lopez, TDCJ ID: 1822698, Stiles Unit, 3060 FM 3514, Beaumont, Texas 77705.**

SIGNED and ENTERED on _____January 12, 2015_____.

_____
JUDGE MELISA SKINNER
290th Judicial District Court
Bexar County, Texas

cc: **Michael Omar Lopez**
    **TDCJ ID: 1822698**
    **Stiles Unit**
    **3060 FM 3514**
    **Beaumont, Texas 77705**

1-15-15 mailed to me

Exhibit
"B & C"
=

I GOT
1-29-15

NO. 2012-CR-1981-W2

EX PARTE                                §        IN THE DISTRICT COURT

                                        §        290ᵀʰ JUDICIAL DISTRICT

MICHAEL OMAR LOPEZ                       §        BEXAR COUNTY, TEXAS

## ORDER DESIGNATING ISSUES

The Court having concluded that controverted, previously unresolved facts which are material to the legality of Applicant's confinement exist and need to be resolved, there is a necessity for the suspension of the time limitations enunciated in Article 11.07 of the Texas Code of Criminal Procedure. *See* Tex. Code Crim. Proc. Ann. art. 11.07 §.3(d) (Vernon Supp. 2014).

Applicant has alleged the following issues which the court finds require resolution:

Ineffective Assistance

Findings will be forwarded to the Court of Criminal Appeals for its disposition of the matter.

SIGNED and ENTERED on ___January 12, 2015___ .

JUDGE MELISA SKINNER
290ᵗʰ Judicial District Court
Bexar County, Texas

cc:  Michael Omar Lopez
     TDCJ ID: 1822698
     Stiles Unit
     3060 FM 3514
     Beaumont, Texas   77705

OLd Address ↑

NEW LocaTioN ↓

MichAel OmAR LopeZ
T.D.C.J # 1822698
Ferguson uNiT
12120 SAVAge Dr.
MidwAy, TX. 75852

reLocAted ⟶

AS oF 4-20-15

This is MY COPY THAt WAS MAILed To Me
BY DONNA KAY MCKinney - BeYAR CouNTY DistricT clerk
101 W. Nueva, Suite 217
SAN AnTonio, TX. 78205 — I MichAel LoPEZ recieved
This DocumeNT oN - 1-28-15: I hAVE NoT recieved
ANY other DocumeNTs oR MATeriAL FRom SAid Court 290th
As oF Now APril 20, 2015